# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 04-03156 JBS | Trustee: | (330570) DAVID P. LEIBOWITZ |
| --- | --- | --- | --- |
| Case Name: | MURFF, PAULINE | Filed (f) or Converted (c): | 01/28/04 (f) |
| | | §341(a) Meeting Date: | 03/02/04 |
| Period Ending: | 07/23/07 | Claims Bar Date: | 07/12/04 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | BANK ACCOUNTS<br>Citicorp checking | 20.00 | 0.00 | | 0.00 | FA |
| 2 | BANK ACCOUNTS<br>Citicorp Savings account | 20.00 | 19.00 | | 0.00 | FA |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS | 350.00 | 310.00 | | 0.00 | FA |
| 4 | BOOKS AND ART OBJECTS | 50.00 | 0.00 | | 0.00 | FA |
| 5 | WEARING APPAREL | 200.00 | 0.00 | | 0.00 | FA |
| 6 | FURS AND JEWELRY (u) | 2,000.00 | 300.00 | | 0.00 | FA |
| 7 | INTERESTS IN INSURANCE POLICIES | 20.00 | 0.00 | | 0.00 | FA |
| 8 | PENSION PLANS AND PROFIT SHARING | 12,000.00 | 0.00 | | 0.00 | FA |
| 9 | TAX REFUNDS | 3,000.00 | 2,761.00 | | 0.00 | FA |
| 10 | AUTOMOBILES AND OTHER VEHICLES<br>1998 Ford Truck | 4,500.00 | 0.00 | | 0.00 | FA |
| 11 | AUTOMOBILES AND OTHER VEHICLES<br>1998 Toyota Camray | 4,000.00 | 0.00 | | 0.00 | FA |
| 12 | REAL ESTATE<br>14404 Ellis, Dolton 60419<br>joint with non-filing spouse | 112,000.00 | 0.00 | | 0.00 | FA |
| 13 | Rental Income Property (u) | 0.00 | 0.00 | | 942.00 | FA |
| 14 | REAL ESTATE | 0.00 | 103,252.23 | | 70,000.00 | FA |

EXHIBIT B

Printed: 07/23/2007 01:51 PM    V.9.52

# Form 1

Page: 2

## Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 04-03156 JBS  
**Case Name:** MURFF, PAULINE  

**Period Ending:** 07/23/07

**Trustee:** (330570)   DAVID P. LEIBOWITZ  
**Filed (f) or Converted (c):** 01/28/04 (f)  
**§341(a) Meeting Date:** 03/02/04  
**Claims Bar Date:** 07/12/04

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | Will settle for 70k. | | | | | |
| Int | INTEREST (u) | Unknown | N/A | | 142.02 | Unknown |
| 15 | Assets    Totals (Excluding unknown values) | $138,160.00 | $106,642.23 | | $71,084.02 | $0.00 |

**Major Activities Affecting Case Closing:**

Collect taxes due.

Debtor did not remit taxes. Complaint to revoke discharge pending. 01/29/06 DPL

Is there another Pauline Murff? A Pauline Murff owns property in Chicago - review tax returns closely.

**Initial Projected Date Of Final Report (TFR):** December 31, 2006

**Current Projected Date Of Final Report (TFR):** December 31, 2006