**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 7 CASE** |
| **MURFF, PAULINE** | ) | |
| | ) | **CASE NO. 04 B 03156** |
| | ) | |
| | ) | **JUDGE JACK B. SCHMETTERER** |
| **Debtor(s)** | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At: U.S. BANKRUPTCY COURT
    219 South Dearborn, Courtroom 682
    Chicago, Illinois 60604

    on: **September 27, 2007**
    at: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                                    $     72,184.02

    b. Disbursements                               $        564.31

    c. Net Cash Available for Distribution$    71,619.71

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Trustee | $ 0.00 | $ 6,859.20 | $ |
| Trustee | $ 0.00 | $ | $ 545.50 |
| US Bankruptcy Court | $ 0.00 | $ | $ 500.00 |
| Trustee's Firm Legal | $ 0.00 | $22,120.00 | $ |
| Trustee's Firm Legal | $ 0.00 | $ | $ 615.27 |

5.  In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6.  Claims of general unsecured creditors totaling $67,391.21, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $60.81%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Chase Manhattan Bank USA NA | $ 12,445.85 | $ 7,568.16 |
| 2 | American Express Travel Related Services | $ 3,625.71 | $ 2,204.75 |
| 3 | American Express Centurion Bank | $ 7,820.54 | $ 4,755.57 |
| 4 | Bank One Delaware NA fka First USA | $ 13,044.42 | $ 7,932.15 |
| 5 | Discover Bank | $ 5,982.21 | $ 3,637.71 |
| 6 | Discover Bank | $ 7,778.77 | $ 4,730.17 |
| 7 | Citibank South Dakota NA | $ 1,081.71 | $ 657.77 |
| 8 | Bank One | $ 7,481.51 | $ 4,549.41 |
| 9 | Infi Bank | $ 8,130.49 | $ 4,944.05 |

7.  Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois  60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9.  Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Dated:  **August   27, 2007**              For the Court,

                                By: **KENNETH S GARDNER**
                                    Kenneth S. Gardner
                                    Clerk of the United States Bankruptcy Court
                                    219 S. Dearborn Street, 7th Floor
                                    Chicago, IL  60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

04-03156    Doc 69    Filed 08/27/07    Entered 08/29/07 23:51:29    Desc Imaged
                              Certificate of Service    Page 4 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7            Page 1 of 1         Date Rcvd: Aug 27, 2007
Case: 04-03156                Form ID: pdf002        Total Served: 38

The following entities were served by first class mail on Aug 29, 2007.
db           +Pauline Murff,   14404 Ellis Ave,   Dolton, IL 60419-1936
aty          +Laura Barrientos-DuVall,   Leibowitz Law Center,   420 W. Clayton Street,
               Waukegan, IL 60085-4216
aty          +Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
aty          +Nicolette L Robovsky,   Gleason and MacMaster, LLC,   77 W. Washington,   Suite 1218,
               Chicago, Il 60602-3246
aty          +Sharanya Gururajan,   Leibowitz Law Center,   420 W. Clayton,   Waukegan, IL 60085-4216
tr           +David P Leibowitz, ESQ,   Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
7714604      +American Express Centurion Bank,   c/o Becket & Lee LLP,   pob 3001,   Malvern, PA 19355-0701
7897936      +American Express Travel Related Services,   C/O Becket & Lee LLP,   Po Box 3001,
               Malvern, PA 19355-0701
7714606       BP Citibank,   PO Box 15687,   Wilmington, DE 19850-5687
7714605       Bank One,   PO BOX 7700,   Indianapolis, IN 46277-0001
8189590      +Bank One,   c/o Bank One National Bankruptcy Dept,   201 N Central Ave,   Phoenix, AZ 85004-0073
8064340      +Bank One Delaware NA fka First USA,   c/o Weinstein Treiger & Riley PS,
               2101 4th Avenue, Suite 900,   Seattle, Wa 98121-2339
7714607       Capital One,   PO Box 85522,   Richmond, VA 23285-5522
7714608       Chase,   Bankruptcy Dept,   PO Box 15902,   Wilmington, DE 19850-5902
8038443       Chase Manhattan Bank USA NA,   c/o Chase Bankcard Services Inc,   POB 52176,
               Phoenix, AZ 85072-2176
8124404      +Citibank South Dakota NA,   Assoc/BP Amoco Payment Center,   4300 Westown Parkway,
               West Des Moines, IA 50266-1266
7714609      +Direct Merchants Bank,   Payment Center,   PO Box 17036,   Baltimore, MD 21297-1036
7714611       First USA,   PO Box 8864,   Wilmington, DE 19899-8864
7714612       Fleet CC,   200 Tournament Dr,   Horsham, PA 19044-3606
7714613       GM Card,   300 Renaissance Center,   Detroit, MI 48265-0001
7714603      +Gleason And MacMaster LLC,   77 W Washington #1218,   Chicago, IL 60602-3246
7714614      +Harris Bank,   Bankruptcy Dept,   150 W Wilson St,   Palatine, IL 60067
7714615       Household Credit Services,   PO Box 17051,   Baltimore, MD 21297-1051
7714616       Infi Bank,   POB 923148,   Norcross, GA 30010-3148
7714617       MBNA,   PO Box 15137,   Wilmington, DE 19886-5137
7714602       Murff Pauline,   14404 Ellis Ave,   Dolton, IL 60419-1936
7714618       National City,   PO Box 2349,   Kalamazoo, MI 49003-2349
7714619       Park Federal Credit Union,   PO Box 923148,   Norcross, GA 30010-3148
7714620       People's Bank,   PO Box 10311,   Stamford, CT 06904-2311
7714621       Peoples Energy,   The Prudential Bldg, Attn: Special Proj,   130 E Randolph St,
               Chicago, IL 60601-6207
7714622      +Rush Dermmatology,   1725 W Harrison St Ste 264,   Chicago, IL 60612-3844
7714623       Sears,   RCCOC 8602- Bankruptcy,   PO Box 3671,   Des Moines, IA 50323-0671
7714624       Shell,   Processing Center,   Des Moines, IA 50367-0001
7714625       Value City Furniture/SFNNB,   PO Box 182303,   Columbus, OH 43218-2303
7714626       Walmart,   PO Box 520927,   Atlanta, GA 30353-0927
7714627       Wells Fargo,   PO Box 28724,   Kansas City, MO 64188-8724

The following entities were served by electronic transmission on Aug 28, 2007.
8106696       E-mail/PDF: mrdiscen@discoverfinancial.com Aug 28 2007 02:00:45     Discover Bank,
               Discover Financial Services,   POB 8003,   Hilliard, OH 43026
7714610       E-mail/PDF: mrdiscen@discoverfinancial.com Aug 28 2007 02:00:45     Discover Financial Services,
               Attn Bankruptcy Dept,   PO Box 15251,   Wilmington, DE 19886-5251
                                                                                             TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +David P Leibowitz, ESQ,   Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
                                                                                   TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Aug 29, 2007**                                    **Signature:** _Joseph Speetjens_