# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 04-03156 JBS | **Trustee:** DAVID P. LEIBOWITZ (330570) |
| **Case Name:** MURFF, PAULINE | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| | **Account:** ***-*****89-65 - Money Market Account |
| **Taxpayer ID #:** 13-7555566 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 06/04/08 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/13/07 | {13} | Doris M. Dawson | Rental income | 1222-000 | 1,100.00 | | 1,100.00 |
| 02/16/07 | {13} | South Side Help Center, Inc. | February Rent from D. Williams | 1222-000 | 942.00 | | 2,042.00 |
| 02/26/07 | {14} | Pauline Murff | Per settlement | 1110-000 | 10,000.00 | | 12,042.00 |
| 02/26/07 | 1001 | GMAC Mortgage | Mortgage Payment account # 0359027255<br>Stopped on 04/19/07 | 4110-004 | | 1,211.54 | 10,830.46 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.40 | | 10,830.86 |
| 03/06/07 | {14} | Pauline Murff | per settlement | 1149-000 | 60,000.00 | | 70,830.86 |
| 03/07/07 | 1002 | Trustee Insurance Agency | Insurance Policy for Jan 25 - Mar 2007 | 2420-000 | | 414.85 | 70,416.01 |
| 03/12/07 | 1003 | ComEd | 8749 Utilities for month of Trustee ownership | 2420-000 | | 149.46 | 70,266.55 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 30.84 | | 70,297.39 |
| 04/19/07 | 1001 | GMAC Mortgage | Mortgage Payment account # 0359027255<br>Stopped: check issued on 02/26/07 | 4110-004 | | -1,211.54 | 71,508.93 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 39.45 | | 71,548.38 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 39.48 | | 71,587.86 |
| 06/26/07 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6500% | 1270-000 | 31.85 | | 71,619.71 |
| 06/26/07 | | To Account #********8966 | in preparation of final report and closing of case | 9999-000 | | 71,619.71 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 72,184.02 | 72,184.02 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 71,619.71 | |
| | | | **Subtotal** | | 72,184.02 | 564.31 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$72,184.02** | **$564.31** | |

{} Asset reference(s)

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

| Case Number: | 04-03156 JBS | Trustee: | DAVID P. LEIBOWITZ (330570) |
|---|---|---|---|
| Case Name: | MURFF, PAULINE | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****89-66 - Checking Account |
| Taxpayer ID #: | 13-7555566 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/04/08 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/26/07 | | From Account #********8965 | in preparation of final report and closing of case | 9999-000 | 71,619.71 | | 71,619.71 |
| 09/28/07 | 101 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $6,859.20, Trustee Compensation; Reference: | 2100-000 | | 6,859.20 | 64,760.51 |
| 09/28/07 | 102 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $545.50, Trustee Expenses; Reference: | 2200-000 | | 545.50 | 64,215.01 |
| 09/28/07 | 103 | Leibowitz Law Center | Dividend paid 100.00% on $22,120.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 22,120.00 | 42,095.01 |
| 09/28/07 | 104 | Leibowitz Law Center | Dividend paid 100.00% on $615.27, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 615.27 | 41,479.74 |
| 09/28/07 | 105 | Clerk of Court | Dividend paid 100.00% on $500.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 500.00 | 40,979.74 |
| 09/28/07 | 106 | Chase Manhattan Bank USA NA | Dividend paid 60.80% on $12,445.85; Claim# 1; Filed: $12,445.85; Reference: | 7100-000 | | 7,568.16 | 33,411.58 |
| 09/28/07 | 107 | American Express Travel Related Services | Dividend paid 60.80% on $3,625.71; Claim# 2; Filed: $3,625.71; Reference: | 7100-000 | | 2,204.75 | 31,206.83 |
| 09/28/07 | 108 | American Express Centurion Bank | Dividend paid 60.80% on $7,820.54; Claim# 3; Filed: $7,820.54; Reference: | 7100-000 | | 4,755.57 | 26,451.26 |
| 09/28/07 | 109 | Bank One Delaware NA fka First USA | Dividend paid 60.80% on $13,044.42; Claim# 4; Filed: $13,044.42; Reference: | 7100-000 | | 7,932.15 | 18,519.11 |
| 09/28/07 | 110 | Discover Bank | Dividend paid 60.80% on $5,982.21; Claim# 5; Filed: $5,982.21; Reference: | 7100-000 | | 3,637.71 | 14,881.40 |
| 09/28/07 | 111 | Discover Bank | Dividend paid 60.80% on $7,778.77; Claim# 6; Filed: $7,778.77; Reference: | 7100-000 | | 4,730.17 | 10,151.23 |
| 09/28/07 | 112 | Citibank South Dakota NA | Dividend paid 60.80% on $1,081.71; Claim# 7; Filed: $1,081.71; Reference: | 7100-000 | | 657.77 | 9,493.46 |

Subtotals : $71,619.71 $62,126.25

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

**Case Number:** 04-03156 JBS  
**Case Name:** MURFF, PAULINE  

**Taxpayer ID #:** 13-7555566  
**Period Ending:** 06/04/08  

**Trustee:** DAVID P. LEIBOWITZ (330570)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****89-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/28/07 | 113 | Bank One | Dividend paid 60.80% on $7,481.51; Claim# 8; Filed: $7,481.51; Reference: Voided on 11/21/07 | 7100-003 | | 4,549.41 | 4,944.05 |
| 09/28/07 | 114 | Infi Bank | Dividend paid 60.80% on $8,130.49; Claim# 9; Filed: $8,130.49; Reference: | 7100-000 | | 4,944.05 | 0.00 |
| 11/21/07 | 113 | Bank One | Dividend paid 60.80% on $7,481.51; Claim# 8; Filed: $7,481.51; Reference: Voided: check issued on 09/28/07 | 7100-003 | | -4,549.41 | 4,549.41 |
| 02/05/08 | 115 | Clerk of Court | Unclaimed funds deposit | 8500-002 | | 4,549.41 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 71,619.71 | 71,619.71 | $0.00 |
| | | | Less: Bank Transfers | | 71,619.71 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 71,619.71 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$71,619.71** | |

{} Asset reference(s)  
Printed: 06/04/2008 02:20 PM     V.10.03

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 04-03156 JBS | **Trustee:** DAVID P. LEIBOWITZ (330570) |
| **Case Name:** MURFF, PAULINE | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| | **Account:** ***-*****89-66 - Checking Account |
| **Taxpayer ID #:** 13-7555566 | **Blanket Bond:** $5,000,000.00   (per case limit) |
| **Period Ending:** 06/04/08 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****89-65** | 72,184.02 | 564.31 | 0.00 |
| **Checking # ***-*****89-66** | 0.00 | 71,619.71 | 0.00 |
| | **$72,184.02** | **$72,184.02** | **$0.00** |

{} Asset reference(s)

Printed: 06/04/2008 02:20 PM     V.10.03